IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: MICHAEL WOLFE

Debtor(s)

CASE NO. 11-36544
Chapter 7
JUDGE HUMPHREY

---

MICHAEL WOLFE
301 E. Orchard Hill Drive
West Carrollton, OH 45449

Plaintiff,

v.

INTERNAL REVENUE SERVICE
Insolvency Group 1
550 Main St., Rm. 3525
Cincinnati, OH 45202
Defendant,
and

U.S. ATTORNEY
200 W. Second St., Rm. 602
Dayton, OH 45402

Defendant,

and

U.S. ATTORNEY
Justice Dept. - Tax Div.
P.O. Box 55
Washington, DC 20044

Defendant.

Adv. No.

---

**COMPLAINT DETERMINING DISCHARGEABILITY**

---

**STATEMENT OF JURISDICTION**

Jurisdiction of the Court exists by virtue of 28 U.S.C. 1334 and 157 and 11 U.S.C. 105 and 523. This is a core

proceeding pursuant to 28 U.S.C. 157 (b)(2)(A), (I), (J) and (O).

**Cause of Action**

1. Plaintiff is the Debtor who filed this petition in case number 11-36544.

2. Plaintiff owes the INTERNAL REVENUE SERVICE for back personal income taxes for the 2007 and 2008 tax years.

3. The taxes were timely filed.

4. The taxes are dischargeable as more than 3 years have past since they were due and more than 180 days have past since they were assessed, pursuant to 11 U.S.C. 523 (a)(1) (a) and 507 (a)(7).

5. Internal Revenue Service is a duly listed creditor.

WHEREFORE, Debtor moves this Court for an Order determining that the debt to Internal Revenue Service is discharged.

Respectfully submitted,

/s/ Wayne P. Novick
WAYNE P. NOVICK
Attorney for Debtor
Ohio Bar No. 0030248
2135Miamisburg-Centerville Rd
Centerville, Ohio, 45459
(937) 436-2606
gratefullawyer2@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Complaint to Determine Dischargeability has been served by ordinary U.S. Mail to the following on the 13th day of March, 2012:

U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH 43215

Paul Spaeth, Chapter 7 Trustee, 7925 Paragon Rd., Ste. 101, Dayton, OH 45459

Michael Wolfe, 301 E. Orchard Hill Drive, West Carrollton, OH 45449

Internal Revenue Service, Insolvency Group 1, 550 Main St., Rm. 3525, Cincinnati, OH 45202

Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114

U.S. Attorney, 200 W. Second St., Rm. 602, Dayton, OH 45402

U.S. Attorney, Justice Dept. - Tax Div., P.O. Box 55 Washington, DC 20044

/s/ Wayne P. Novick
WAYNE P. NOVICK